CATHERINE E. HOLZHAUSER, SBN 118756
CHRISTOPHER O. HAMMER, SBN 272543
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: cholzhauser@beesontayer.com
chammer@beesontayer.com

Attorneys for Plaintiff
NORTHWEST ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, a Delaware corporation, <br><br> Defendant. | Case No. 2:19-CV-00744-WBS-AC <br><br> **ORDER RE PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND RELATED DEADLINES** |

Having considered Plaintiff's Ex Parte Application and Declaration of Catherine E. Holzhauser in support thereof, this Court finds good cause exists to continue the Status (Pretrial Scheduling) Conference and corresponding dates as follows:

1. The Status (Pretrial Scheduling) Conference will be continued from August 19, 2019 at 1:30 p.m. in Courtroom 5 of the Sacramento Courthouse until December 9, 2019 at 1:30 p.m. in Courtroom 5 of the Sacramento Courthouse.

2. The Rule 26(f) Report, Initial Disclosures and Joint Status Report filing deadline will be continued from August 5, 2019 to November 25, 2019.

IT IS SO ORDERED.

Dated: August 7, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order re Plaintiff's Ex Parte Application to Continue Case Management Conference

Case No. 2:19-CV-00744-WBS-AC