CATHERINE E. HOLZHAUSER, SBN 118756
CHRISTOPHER O. HAMMER, SBN 272543
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: cholzhauser@beesontayer.com
chammer@beesontayer.com

Attorneys for Plaintiff NORTHWEST ADMINISTRATORS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, a Delaware corporation, DURHAM SCHOOL SERVICES, L.P., a Delaware limited partnership; NATIONAL EXPRESS LLC, a Delaware limited liability corporation, <br><br> Defendants. | Case No. 2:19-CV-00744-WBS-AC <br><br> **ORDER RE PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND RELATED DEADLINES** |

Having considered Plaintiff's Ex Parte Application and Declaration of Christopher Hammer in support thereof, this Court finds good cause exists to continue the Status (Pretrial Scheduling) Conference and corresponding dates as follows:

1. The Status (Pretrial Scheduling) Conference is continued from April 27, 2020 at 1:30 p.m. in Courtroom 5 of the Sacramento Courthouse until **July 6, 2020 at 1:30 p.m.** in Courtroom 5 of the Sacramento Courthouse.

///

///

///

///

///

2.  The Rule 26(f) Report, Initial Disclosures and Joint Status Report filing deadline is continued from April 13, 2020 to **June 22, 2020.**

IT IS SO ORDERED.

Dated:  April 9, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE