CATHERINE E. HOLZHAUSER, SBN 118756
CHRISTOPHER O. HAMMER, SBN 272543
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone:     (916) 325-2100
Facsimile:      (916) 325-2120
Email:           cholzhauser@beesontayer.com
                    chammer@beesontayer.com

Attorneys for Plaintiff NORTHWEST ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| NORTHWEST ADMINISTRATORS, INC., | Case No. 2:19-CV-00744-WBS-AC |
|---|---|
| Plaintiff, | **ORDER RE PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND RELATED DEADLINES** |
| v. | |
| NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, a Delaware corporation, DURHAM SCHOOL SERVICES, L.P., a Delaware limited partnership; NATIONAL EXPRESS LLC, a Delaware limited liability corporation, | |
| Defendants. | |

Having considered Plaintiff's Ex Parte Application and Declaration of Christopher Hammer in support thereof, this Court finds good cause exists to continue the Status (Pretrial Scheduling) Conference and corresponding dates as follows:

1.    The Status (Pretrial Scheduling) Conference will be continued from January 4, 2021 at 1:30 p.m. in Courtroom 5 of the Sacramento Courthouse until **April 12, 2021 at 1:30 p.m.** in Courtroom 5 of the Sacramento Courthouse.

///

///

///

///

///

2. The Rule 26(f) Report, Initial Disclosures and Joint Status Report filing deadline will be continued from December 21, 2020 to **March 29, 2021**.

IT IS SO ORDERED.

Dated: December 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented for entry on December 16, 2020:

By: */s/ Christopher Hammer*
CHRISTOPHER HAMMER, ESQ.
Attorney for Plaintiff