SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
Michael W. Stevens (SBN 258042) (*admission pending*)
mwstevens@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendants
NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, DURHAM SCHOOL SERVICES, L.P. and NATIONAL EXPRESS, LLC

BEESON, TAYER & BODINE, APC
Catherine E. Hozhauser (SBN 118756)
cholzhauser@beesontayer.com
Christopher O. Hammer (SBN 272543)
chammer@beesontayer.com
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone:  (916) 325-2100
Facsimile:   (916) 325-2120

Attorneys for
NORTHWEST ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, a Delaware corporation; DURHAM SCHOOL SERVICES, L.P., a Delaware limited partnership; NATIONAL EXPRESS LLC, a Delaware limited liability corporation,<br><br>             Defendants. | Case No. 2:19-CV-00744-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO OBJECT TO FINDINGS AND RECOMMENDATIONS (ECF NO. 52)** |

Having considered the Parties' Stipulation, this Court finds good cause exists to continue the deadline for Objections to the Findings and Recommendations ("the Recommendations") (ECF No. 52) as follows:

1. Any party's objections to the Recommendations are due January 19, 2021.

**IT IS SO ORDERED.**

Dated: December 29, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE