1
2
3
4
5

SEYFARTH SHAW LLP
Michael W. Stevens (SBN 258042)
mwstevens@seyfarth.com
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

BEESON, TAYER & BODINE, APC
Catherine E. Hozhauser (SBN 118756)
cholzhauser@beesontayer.com
Christopher O. Hammer (SBN 272543)
chammer@beesontayer.com
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone:    (916) 325-2100
Facsimile:    (916) 325-2120

6
7
8

Attorneys for Defendants
NATIONAL EXPRESS TRANSIT SERVICES
CORPORATION, DURHAM SCHOOL SERVICES,
L.P. and NATIONAL EXPRESS, LLC

Attorneys for
NORTHWEST ADMINISTRATORS,
INC.

9
10

UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12
13

NORTHWEST ADMINISTRATORS, INC.,

Case No. 2:19-CV-00744-WBS-AC

14

Plaintiff,

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME TO OBJECT TO FINDINGS AND RECOMMENDATIONS (ECF NO. 52)**

15

v.

16
17
18
19

NATIONAL EXPRESS TRANSIT SERVICES
CORPORATION, a Delaware corporation;
DURHAM SCHOOL SERVICES, L.P., a
Delaware limited partnership; NATIONAL
EXPRESS LLC, a Delaware limited liability
corporation,

20

Defendants.

21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE:  STIPULATION TO EXTEND TIME

Having considered the Parties' Stipulation, this Court finds good cause exists to continue the deadline for Objections to the Findings and Recommendations ("the Recommendations") (ECF No. 52) as follows:

1.      Any party's objections to the Recommendations are due February 12, 2021.


**IT IS SO ORDERED.**

Dated: January 19, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1