| | |
|---|---|
| SEYFARTH SHAW LLP<br>Michael W. Stevens (SBN 258042)<br>mwstevens@seyfarth.com<br>M. Ryan Pinkston (SBN 310971)<br>rpinkston@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone:  (415) 397-2823<br>Facsimile:  (415) 397-8549<br><br>Attorneys for Defendants<br>NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, DURHAM SCHOOL SERVICES, L.P. and NATIONAL EXPRESS, LLC | BEESON, TAYER & BODINE, APC<br>Catherine E. Hozhauser (SBN 118756)<br>cholzhauser@beesontayer.com<br>Christopher O. Hammer (SBN 272543)<br>chammer@beesontayer.com<br>520 Capitol Mall, Suite 300<br>Sacramento, CA 95814-4714<br>Telephone:  (916) 325-2100<br>Facsimile:  (916) 325-2120<br><br>Attorneys for<br>NORTHWEST ADMINISTRATORS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, a Delaware corporation; DURHAM SCHOOL SERVICES, L.P., a Delaware limited partnership; NATIONAL EXPRESS LLC, a Delaware limited liability corporation,<br><br>           Defendants. | Case No. 2:19-CV-00744-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO OBJECT TO FINDINGS AND RECOMMENDATIONS (ECF NO. 52)** |

Having considered the Parties' Stipulation, this Court finds good cause exists to continue the deadline for Objections to the Findings and Recommendations ("the Recommendations") (ECF No. 52) as follows:

1. Any party's objections to the Recommendations are due April 16, 2021.

**IT IS SO ORDERED.**

Dated: March 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE