| | |
|---|---|
| SEYFARTH SHAW LLP<br>Michael W. Stevens (SBN 258042)<br>mwstevens@seyfarth.com<br>M. Ryan Pinkston (SBN 310971)<br>rpinkston@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone:   (415) 397-2823<br>Facsimile:   (415) 397-8549 | BEESON, TAYER & BODINE, APC<br>Catherine E. Hozhauser (SBN 118756)<br>cholzhauser@beesontayer.com<br>Christopher O. Hammer (SBN 272543)<br>chammer@beesontayer.com<br>520 Capitol Mall, Suite 300<br>Sacramento, CA 95814-4714<br>Telephone:   (916) 325-2100<br>Facsimile:   (916) 325-2120 |
| Attorneys for Defendants<br>NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, DURHAM SCHOOL SERVICES, L.P. and NATIONAL EXPRESS, LLC | Attorneys for<br>NORTHWEST ADMINISTRATORS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, a Delaware corporation; DURHAM SCHOOL SERVICES, L.P., a Delaware limited partnership; NATIONAL EXPRESS LLC, a Delaware limited liability corporation,<br><br>　　　　　　Defendants. | Case No. 2:19-CV-00744-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO OBJECT TO FINDINGS AND RECOMMENDATIONS (ECF NO. 52)** |

[PROPOSED] ORDER RE:  STIPULATION TO EXTEND TIME

67373864v.1

Having considered the Parties' Stipulation, this Court finds good cause exists to continue the deadline for Objections to the Findings and Recommendations ("the Recommendations") (ECF No. 52) as follows:

1. Any party's objections to the Recommendations are due May 14, 2021.

**IT IS SO ORDERED.**

Dated: April 19, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE