# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL EXPRESS TRANSIT SERVICESCORPORATION, et al.,<br><br>Defendants. | No. 2:19-cv-00744 WBS AC<br><br><br>ORDER |

IT IS HEREBY ORDERED that the parties' Stipulation to Extend Time to Object to Recommended Decision (ECF No. 68), is APPROVED and INCORPORATED herein.

IT IS FURTHER ORDERED THAT

1. Objections to the Findings and Recommendations (ECF No. 52) shall be due June 11, 2021, per the stipulation.

2. No further extensions of time, stipulated or otherwise, will be approved absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

DATED: May 20, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE