SEYFARTH SHAW LLP
Michael W. Stevens (SBN 258042)
mwstevens@seyfarth.com
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendants
NATIONAL EXPRESS TRANSIT SERVICES
CORPORATION, DURHAM SCHOOL SERVICES,
L.P. and NATIONAL EXPRESS, LLC

BEESON, TAYER & BODINE, APC
Catherine E. Hozhauser (SBN 118756)
cholzhauser@beesontayer.com
Christopher O. Hammer (SBN 272543)
chammer@beesontayer.com
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone:    (916) 325-2100
Facsimile:    (916) 325-2120

Attorneys for
NORTHWEST ADMINISTRATORS,
INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL EXPRESS TRANSIT SERVICES CORPORATION, a Delaware corporation; DURHAM SCHOOL SERVICES, L.P., a Delaware limited partnership; NATIONAL EXPRESS LLC, a Delaware limited liability corporation, <br><br> Defendants. | Case No. 2:19-CV-00744-WBS-AC <br><br> **ORDER VACATING ALL DEADLINES AND SETTING ORDER TO SHOW CAUSE HEARING BASED ON THE PARTIES' SETTLEMENT** |

67373864v.1

1
2
3
4

Having considered the Parties' Notice of Settlement, this Court finds good cause exists to VACATE all current trial, hearing and related dates, including the deadline to object to the Recommended Decision on Plaintiff's Motion for Default Judgment (ECF 52) ("Recommended Decision"). The Motion (ECF 48) and Recommended Decision are MOOTED by the Settlement.

5
6
7

The Court further sets Status Conference Re: Settlement  for **December 20, 2021 at 1:30 p.m.** The parties shall file their stipulated dismissal no later than 12/6/2021, or a Joint Status Report by that date if settlement has not been finalized .

8

9       **IT IS SO ORDERED.**

10

11      **Dated:  June 11, 2021**

_____

12      WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE

13
14
15
16
17      Presented for entry on June 10, 2021:

18      By: */s/ Michael W. Stevens*_____
        MICHAEL W. STEVENS, ESQ.
19      Attorney for Defendants

20
21
22
23
24
25
26
27
28

1